**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHRAVAN REDDY KAMBAM FAMILY PROTECTION TRUST, BY AND THROUGH ITS TRUSTEE, JAYAKUMAR REDDY KAMBAM,<br><br>Plaintiff,<br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, and IGOR P. BILINSKY,<br><br>Defendants. | Case No. 1:26-cv-06492-JMF<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO STAY ACTION**<br><br>Judge Jesse M. Furman |

**~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO STAY ACTION**

THIS MATTER comes before the Court on the parties' Joint Motion to Stay this Action Pending Resolution of the Motion to Dismiss in *In re Iovance Biotherapeutics, Inc. Securities Litigation,* 5:25-cv-04177-EKL (N.D. Cal.). Having reviewed the Joint Motion and finding good cause therein,

IT IS HEREBY ORDERED AS FOLLOWS:

1. All proceedings, including any motion practice, obligation to respond to the Complaint and any amended complaint, all discovery and disclosure obligations under the applicable local and federal rules, and any other deadlines, in this Action are hereby stayed until Judge Eumi K. Lee issues a ruling on the pending motion to dismiss in *In re Iovance Biotherapeutics, Inc. Securities Litigation,* 5:25-cv-04177-EKL (N.D. Cal.).

2. During the stay, Plaintiff may file an amended complaint, but Defendants need not answer, move or otherwise respond thereto during the pendency of the stay.

3. Within thirty (30) days after the end of the stay, the parties shall meet and confer and submit a proposed scheduling order governing further proceedings in this Action.

4. All hearings or conferences, including the Initial Case Management Conference set for October 27, 2026 at 9:00 a.m., shall be adjourned *sine die* during the stay.

5. The stay is without prejudice to the rights, defenses, or arguments of any party and shall not be construed as a waiver of any and all rights, defenses, or arguments that any party might otherwise have (including, by way of example only, improper venue, lack of personal jurisdiction or lack of subject matter jurisdiction), and the parties reserve all rights.

DATED: September 22, 2026

HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The parties are directed to file a status update beginning on December 1, 2026 and on the first business day or every month thereafter until the pending motion to dismiss in the Northern District of California is decided. The Clerk of Court is directed to terminate ECF No. 7.